JOHN W. HUBER, United States Attorney (7226)
JEFFREY E. NELSON, Assistant United States Attorney (2386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
jeff.nelson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEREK WASSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES of AMERICA,<br><br>    Defendant. | Case No. 2:17-cv-00931-CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge Clark Waddoups |

The parties to this action, through their counsel, stipulate that Plaintiff's First Amended Complaint and all claims against the United States may be dismissed with prejudice, with the parties bearing their own costs and fees. A proposed Order of Dismissal with Prejudice is submitted herewith.

                                            DEWSNUP KING OLSEN WOREL HAVAS
                                            MORTENSEN
                                            Attorneys for Plaintiff

Dated:   March 19, 2019       */s/ Colin P. King*
                                            Colin P. King

1

                                                JOHN W. HUBER  
                                                United States Attorney

Dated: March 19, 2019        */s/ Jeffrey E. Nelson*  
                                                Jeffrey E. Nelson  
                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was delivered through the Court's ECF system to all parties named below this 19th day of March, 2019.

    Colin P. King
    Peter W. Summerill
    DEWSNUP KING OLSEN WOREL
    HAVAS MORTENSEN
    36 South State Street, Suite 2400
    Salt Lake City, Utah 84111

                                                /s/ *Jeffrey E. Nelson*
                                                Assistant United States Attorney