IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEREK WASSON,<br><br>               Plaintiff,<br><br>      vs.<br><br>UNITED STATES of AMERICA,<br><br>               Defendant. | Case No. 2:17-cv-00931-CW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge Clark Waddoups |

Based on the Stipulation for Dismissal with Prejudice submitted herewith,

IT IS ORDERED that Plaintiff's First Amended Complaint is hereby dismissed with prejudice, with the parties bearing their own costs and fees.

Dated this _____ day of _____, 2019.

                                                                 BY THE COURT:

                                                                 CLARK WADDOUPS<br>
                                                                 United States District Court Judge